

FILED
2011 Jan-06 PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL NO. 7:10-CV-02968-JHH |
| MARA RAY ) | |
| Defendant. ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on November 26, 2010; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $60,131.89, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of

$2,735.34 through January 4, 2011 at the rate of 2.470 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, and costs of Process Service $55.00.

4. Plaintiff is due to recover from Defendant the total sum of 63,272.23, plus interest from January 4, 2011, until date of judgment at the rate of 2.470 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 6th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE